## Com. *v.* John Collom and Elijah Goodyear, Appellant.

Argued March 18, 1896, (with Appeal, No. 77). Appeal, No. 78, April T., 1896, by defendants, from judgment of Q. S. Jefferson Co., May Sessions 1895, No. 30, on verdict and sentence. Before RICE, P. J., WILLARD, WICKHAM, BEAVER, REEDER, ORLADY and SMITH, JJ. Reversed.

PER CURIAM:

The questions raised in this case have been considered and discussed in the case of Commonwealth *v.* John Collom, No. 77, April T., 1896. For the reasons there stated the judgment is reversed and a venire facias de novo awarded.